**Order entered February 23, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01388-CV

## TARSHA HARDY, Appellant

## V.

## COMMUNICATION WORKERS OF AMERICA, INC., CWA LOCAL 6215 AFL-CIO, COMMUNICATION WORKERS OF AMERICA, AFL-CIO, BONNIE MATHIAS, Appellees

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-04027**

## ORDER

I voluntarily recuse myself from hearing any matter in the above appeal.

/s/    DENNISE GARCIA
        JUSTICE